**UNITED STATES of America**

v.

**Harold MORGAN, Appellant.**

No. 04–2714.

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Third Circuit LAR 34.1(a) July 11, 2005.

Decided July 13, 2005.

Joseph T. Labrum, III, Office of United States Attorney, Philadelphia, PA, for United States of America.

William J. Murray, Jr., Vaira & Riley, Philadelphia, PA, for Harold Morgan.

Before: ALITO and BECKER, Circuit Judges, and SHADUR, District Judge.*

OPINION OF THE COURT

BECKER, Circuit Judge.

Pursuant to a plea agreement, appellant Harold Morgan entered a plea of guilty to counts one, three, five and seven of an eight-count indictment charging him with six counts of distribution of methamphetamine and one count of possession with

---

* The Honorable Milton I. Shadur, United States District Judge for the District of Illinois, sitting by designation.

intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1), and one count of criminal forfeiture of identified property, pursuant to 21 U.S.C. § 853. Morgan was sentenced to 135 months' imprisonment, eight years' supervised release, a $1,000 fine, and a $200 special assessment.

Appellant challenges his sentence under *United States v. Booker*, 543 U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). Having determined that the sentencing issues appellant raises are best determined by the District Court in the first instance, we will vacate the sentence and remand for resentencing in accordance with *Booker*. *See United States v. Davis*, 407 F.3d 162 (3d Cir.2005) (en banc).